EDWARD G. ROULEAU, Respondent, v. WILLIAM J. MACK and Another, Appellants.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN STANTON, Respondent, v. MICHAEL RAFFERTY and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board, with costs against said Board to abide the event, on the ground that the reason assigned by the Board for the finding that there was no prejudice for failure to give the statutory notice of the injury* is not supported by the proof and is insufficient. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. SELMA STARK, Respondent, v. I. WOHL, INC., and Another Appellants.— Award reversed and matter remitted to the State Industrial Board, with costs against said Board to abide the event, on the ground that there is no evidence to support the finding that the charges for hospital board and nursing were such as prevailed in the same community for similar treatment of injured persons of a like standard of living, as required by section 13 of the Workmen's Compensation Law. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. HERMAN SCHWARTZ, Respondent, v. LINDLEY M. GARRISON, as Receiver of the BROOKLYN RAPID TRANSIT COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

SIMON SHIMBERG, as Administrator, etc., of MINNIE SHIMBERG, Deceased, Respondent, v. HARRIS STRAUSS, Appellant.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. FREDERICK W. SMOLKA, Respondent, v. STANDARD SHIPBUILDING CORPORATION and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board, with costs against said Board to abide the event, on the ground that there is no legal evidence establishing causal relation between the accident and the facial condition which was held to constitute a serious facial disfigurement. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. LORETTA J. TURNER, Respondent, v. PRATT & LETCHWORTH COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board, on the authority of *Matter of Beach* v. *Velzy* (238 N. Y. 100).

Before STATE INDUSTRIAL BOARD, Respondent. ROSE TIMPA, Respondent, v. THOMPSON-STARRETT COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

FRANCIS N. VAN SLYKE, Respondent, v. STAR COMPANY Appellant.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. GEORGE WHITE, Respondent, v. ISLAND PAPER COMPANY and Another, Appellants.— Award reversed and claim remitted to the State Industrial Board, with costs against said Board to abide the event, on the ground that there was no legal evidence of total disability to support the award appealed from.